CASREF,CLOSED,MEDIATION,PROTECTIVE−ORDER,STAYED

# U.S. District Court [LIVE]
# Eastern District of TEXAS (Marshall)
# CIVIL DOCKET FOR CASE #: 2:15−cv−00443−JRG−RSP

Nidec Motor Corporation v. Broad Ocean Motor LLC et al  
Assigned to: Judge Rodney Gilstrap  
Referred to: Magistrate Judge Roy S. Payne  
Cause: 35:271 Patent Infringement  

Date Filed: 03/27/2015  
Date Terminated: 03/23/2016  
Jury Demand: Both  
Nature of Suit: 830 Patent  
Jurisdiction: Federal Question  

**Mediator**

**Daryl Bristow**

**Mediator**

**Daryl Bristow** represented by **B Daryl Bristow**  
The Bristow Law Firm  
1610 Morse  
Houston, TX 77019  
713−223−1021  
Fax: 713−807−0771  
Email: daryl@bristowlaw.com  
*ATTORNEY TO BE NOTICED*

**Technical Advisor**

**Donald E Tiller** represented by **Donald E Tiller**  
D. Tiller Law PLLC  
1525 Merrimac Circle  
Suite 210  
Fort Worth, TX 76107  
Email: don.tiller@dtillerlawpllc.com  
*PRO SE*

**Plaintiff**

**Nidec Motor Corporation** represented by **David Lee Terrell**  
Sutton McAughan Deaver PLLC  
3 Riverway  
Suite 900  
Houston, TX 77056  
713−800−5707  
Fax: 713−800−5699  
Email: dterrell@smd−iplaw.com  
*ATTORNEY TO BE NOTICED*

**Robert James McAughan , Jr**  
Sutton McAughan Deaver PLLC  
3 Riverway  
Suite 900  
Houston, TX 77056  
713 800−5700  
Fax: 713 800−5699

Email: bmcaughan@smd−iplaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Broad Ocean Motor LLC**  represented by  **Charles S Baker**
Locke Lord LLP − Houston
600 Travis St
2800 Chase Tower
Houston, TX 77002−3095
713−226−1123
Fax: 713−229−2660
Email: cbaker@lockelord.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lithaw Howard Lim**
Locke Lord LLP − Dallas
2200 Ross Ave
Suite 2200
Dallas, TX 75201−6776
214−740−8555
Fax: 214−756-8555
Email: hlim@lockelord.com
*ATTORNEY TO BE NOTICED*

**Mark Richard Backofen**
Locke Lord LLP − Dallas
2200 Ross Ave
Suite 2200
Dallas, TX 75201−6776
214/740−8633
Fax: 214/756−8633
Email: mbackofen@lockelord.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Broad Ocean Technologies LLC**  represented by  **Charles S Baker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lithaw Howard Lim**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark Richard Backofen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Zhongshan Broad Ocean Motor Co. LTD** | represented by | **Charles S Baker** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Lithaw Howard Lim** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Mark Richard Backofen** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Motors and Armatures, Inc.** | represented by | **Daniel J Schwartz** <br> Faegre Baker Daniels, LLP – Chicago <br> 311 S. Wacker Drive <br> Suite 4300 <br> Chicago, IL 60606 <br> 312–212–2335 <br> Fax: 312–212–6501 <br> Email: daniel.schwartz@faegrebd.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Charles S Baker** <br> (See above for address) |
| | | **Reid E Dodge** <br> Faegre Baker Daniels LLP Indianapolis <br> 300 N Meridian St <br> Suite 2700 <br> Indianapolis, IN 46204 <br> 317.237.1143 <br> Fax: 317.237.1000 <br> Email: reid.dodge@faegrebd.com <br> *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Zhongshan Broad Ocean Motor Co. LTD** | represented by | **Charles S Baker** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Lithaw Howard Lim** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Broad Ocean Technologies LLC** | represented by | **Charles S Baker** <br> (See above for address) <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |

                  **Lithaw Howard Lim**
                  (See above for address)
                  *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Broad Ocean Motor LLC**     represented by     **Charles S Baker**
                  (See above for address)
                  *LEAD ATTORNEY*
                  *ATTORNEY TO BE NOTICED*

                  **Lithaw Howard Lim**
                  (See above for address)
                  *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Zhongshan Broad Ocean Motor Co. LTD**     represented by     **Charles S Baker**
                  (See above for address)
                  *LEAD ATTORNEY*
                  *ATTORNEY TO BE NOTICED*

                  **Lithaw Howard Lim**
                  (See above for address)
                  *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Broad Ocean Technologies LLC**     represented by     **Charles S Baker**
                  (See above for address)
                  *LEAD ATTORNEY*
                  *ATTORNEY TO BE NOTICED*

                  **Lithaw Howard Lim**
                  (See above for address)
                  *ATTORNEY TO BE NOTICED*

**Counter Defendant**

**Broad Ocean Motor LLC**     represented by     **Charles S Baker**
                  (See above for address)
                  *LEAD ATTORNEY*
                  *ATTORNEY TO BE NOTICED*

                  **Lithaw Howard Lim**
                  (See above for address)
                  *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Motors and Armatures, Inc.**     represented by     **Daniel J Schwartz**
                  (See above for address)
                  *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Charles S Baker**
(See above for address)

**Reid E Dodge**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Nidec Motor Corporation** | represented by | **David Lee Terrell** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Robert James McAughan , Jr** (See above for address) *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Broad Ocean Technologies LLC** | represented by | **Charles S Baker** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Lithaw Howard Lim** (See above for address) *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Broad Ocean Motor LLC** | represented by | **Charles S Baker** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Lithaw Howard Lim** (See above for address) *ATTORNEY TO BE NOTICED* |

**Counter Claimant**

| | | |
|---|---|---|
| **Zhongshan Broad Ocean Motor Co. LTD** | represented by | **Charles S Baker** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Lithaw Howard Lim** (See above for address) *ATTORNEY TO BE NOTICED* |

V.

**Counter Defendant**

| | | |
|---|---|---|
| **Nidec Motor Corporation** | represented by | **David Lee Terrell** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |
| | | **Robert James McAughan , Jr** <br> (See above for address) <br> *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/27/2015 | Ï 1 | COMPLAINT against Broad Ocean Motor LLC, Broad Ocean Technologies LLC, Motors and Armatures, Inc., Zhongshan Broad Ocean Motor Co. LTD ( Filing fee $ 400 receipt number 0540–5122565.), filed by Nidec Motor Corporation. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(McAughan, Robert) (Additional attachment(s) added on 3/27/2015: # 4 Civil Cover Sheet) (ch, ). (Entered: 03/27/2015) |
| 03/27/2015 | Ï | Case assigned to Judge Rodney Gilstrap. (ch, ) (Entered: 03/27/2015) |
| 03/27/2015 | Ï 2 | ORDER REFERRING CASE to Magistrate Judge Roy S. Payne. Signed by Judge Rodney Gilstrap on 3/27/2015. (ch, ) (Entered: 03/27/2015) |
| 03/27/2015 | Ï | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non–jury trial and to order the entry of a final judgment. The form *Consent to Proceed Before Magistrate Judge* is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (ch, ) (Entered: 03/27/2015) |
| 04/20/2015 | Ï 3 | SUMMONS Issued as to Motors and Armatures, Inc.. (nkl, ) (Entered: 04/20/2015) |
| 04/23/2015 | Ï 4 | SUMMONS Returned Executed by Nidec Motor Corporation. Motors and Armatures, Inc. served on 4/21/2015, answer due 5/12/2015. (ch, ) (Entered: 04/23/2015) |
| 04/27/2015 | Ï 5 | WAIVER OF SERVICE Returned Executed by Nidec Motor Corporation. Broad Ocean Motor LLC waiver sent on 4/20/2015, answer due 6/19/2015; Broad Ocean Technologies LLC waiver sent on 4/20/2015, answer due 6/19/2015; Zhongshan Broad Ocean Motor Co. LTD waiver sent on 4/20/2015, answer due 6/19/2015. (ch, ) (Entered: 04/27/2015) |
| 05/04/2015 | Ï 6 | NOTICE of Attorney Appearance by Charles S Baker on behalf of Broad Ocean Motor LLC, Broad Ocean Technologies LLC, Zhongshan Broad Ocean Motor Co. LTD (Baker, Charles) (Entered: 05/04/2015) |
| 05/04/2015 | Ï 7 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Broad Ocean Motor LLC, Broad Ocean Technologies LLC, Zhongshan Broad Ocean Motor Co. LTD.( Baker, Charles) (Entered: 05/04/2015) |
| 05/12/2015 | Ï 8 | NOTICE of Attorney Appearance by Lithaw Howard Lim on behalf of Broad Ocean Motor LLC, Broad Ocean Technologies LLC, Zhongshan Broad Ocean Motor Co. LTD (Lim, Lithaw) (Entered: 05/12/2015) |
| 05/20/2015 | Ï 9 | NOTICE of Attorney Appearance – Pro Hac Vice by Daniel J Schwartz on behalf of Motors and Armatures, Inc.. Filing fee $ 100, receipt number 0540–5208214. (Schwartz, Daniel) (Entered: 05/20/2015) |

| | | |
|---|---|---|
| 05/20/2015 | 10 | ***FILED IN ERROR***<br><br>Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Motors and Armatures, Inc..( Schwartz, Daniel) Modified on 5/20/2015 (ch, ). (Entered: 05/20/2015) |
| 05/20/2015 | | ***FILED IN ERROR. FIRST APPLICATION IS FOR ONLY 30 DAYS Document # 10, Unoppsed Application for Extension of Time. PLEASE IGNORE.***<br><br>(ch, ) (Entered: 05/20/2015) |
| 05/20/2015 | 11 | Defendant's Unopposed First Application for Extension of Time to Answer Complaint re Motors and Armatures, Inc..(Schwartz, Daniel) (Entered: 05/20/2015) |
| 05/20/2015 | | Defendant's Unopposed First Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV–12 for Motors and Armatures, Inc. to 6/12/2015. 30 Days Granted for Deadline Extension.( ch, ) (Entered: 05/20/2015) |
| 06/19/2015 | 12 | Joint MOTION to Change Venue by Broad Ocean Motor LLC, Broad Ocean Technologies LLC, Motors and Armatures, Inc., Zhongshan Broad Ocean Motor Co. LTD. (Attachments: # 1 Text of Proposed Order Proposed Order, # 2 Exhibit Chen Declaration, # 3 Exhibit Mehler Declaration, # 4 Exhibit Nidec I Original Complaint, # 5 Exhibit Nidec I Markman Order, # 6 Exhibit Nidec I Stay Order, # 7 Exhibit Nidec II Original Complaint, # 8 Exhibit Nidec II Amended Complaint, # 9 Exhibit Nidec II Stay Order)(Baker, Charles) (Entered: 06/19/2015) |
| 06/19/2015 | 13 | ANSWER to 1 Complaint, *Defenses*, COUNTERCLAIM against Zhongshan Broad Ocean Motor Co. LTD, Broad Ocean Technologies LLC, Broad Ocean Motor LLC by Zhongshan Broad Ocean Motor Co. LTD, Broad Ocean Technologies LLC, Broad Ocean Motor LLC.(Baker, Charles) (Entered: 06/19/2015) |
| 06/19/2015 | 14 | CORPORATE DISCLOSURE STATEMENT filed by Broad Ocean Motor LLC, Broad Ocean Technologies LLC, Zhongshan Broad Ocean Motor Co. LTD (Baker, Charles) (Entered: 06/19/2015) |
| 06/22/2015 | 15 | Defendant's Unopposed Second Application for Extension of Time to Answer Complaint re Motors and Armatures, Inc..( Schwartz, Daniel) (Entered: 06/22/2015) |
| 06/23/2015 | | Defendant's Unopposed SECOND Application for Extension of Time to Answer Complaint is granted pursuant to Local Rule CV–12 for Motors and Armatures, Inc. to 6/27/2015. 15 Days Granted for Deadline Extension.( ch, ) (Entered: 06/23/2015) |
| 06/29/2015 | 16 | CORPORATE DISCLOSURE STATEMENT filed by Nidec Motor Corporation identifying Corporate Parent Nidec Corporation for Nidec Motor Corporation. (Terrell, David) (Entered: 06/29/2015) |
| 06/29/2015 | 17 | ANSWER to 1 Complaint, *Defenses*, COUNTERCLAIM against Nidec Motor Corporation by Motors and Armatures, Inc..(Schwartz, Daniel) (Entered: 06/29/2015) |
| 07/06/2015 | 18 | ORDER – Scheduling Conference set for 7/30/2015 01:30 PM before Judge Rodney Gilstrap and Roy Payne. Signed by Magistrate Judge Roy S. Payne on 7/2/2015. (ch, ) (Entered: 07/06/2015) |
| 07/06/2015 | 19 | RESPONSE in Opposition re 12 Joint MOTION to Change Venue *filed by Nidec Motor Corporation*. (Attachments: # 1 Exhibit 1 – Installation Guide)(Terrell, David) (Entered: 07/06/2015) |
| 07/06/2015 | 20 | *AMENDED* ANSWER to Complaint *DEFENSES, AND*, COUNTERCLAIM against Nidec Motor Corporation by Broad Ocean Technologies LLC, Broad Ocean Motor LLC, Zhongshan Broad Ocean Motor Co. LTD.(Baker, Charles) (Entered: 07/06/2015) |

| | | |
|---|---|---|
| 07/07/2015 | 21 | NOTICE of Readiness for Scheduling Conference by Nidec Motor Corporation (Terrell, David) (Entered: 07/07/2015) |
| 07/07/2015 | 22 | ANSWER to 20 Answer to Complaint, Counterclaim by Nidec Motor Corporation.(Terrell, David) (Entered: 07/07/2015) |
| 07/07/2015 | 23 | ANSWER to 17 Answer to Complaint, Counterclaim by Nidec Motor Corporation.(Terrell, David) (Entered: 07/07/2015) |
| 07/15/2015 | 24 | REPLY to Response to Motion re 12 Joint MOTION to Change Venue *filed by Broad Ocean Motor LLC, Broad Ocean Technologies LLC, Motors and Armatures, Inc., Zhongshan Broad Ocean Motor Co. LTD*. (Attachments: # 1 Exhibit Search Results, # 2 Exhibit Court Dockets)(Baker, Charles) (Entered: 07/15/2015) |
| 07/30/2015 | | Minute Entry for proceedings held before Judge Rodney Gilstrap: Scheduling Conference held on 7/30/15. Counsel for the parties appeared and were asked if they consented to a trial before the United States Magistrate Judge. The Court then gave Markman and Jury Selection dates; deadlines for submitting Mediator names (3 days); and deadlines for submitting Agreed Scheduling and Discovery Orders (14 days). (Court Reporter Shelly Holmes, CSR–TCRR.)(jml) (Entered: 07/31/2015) |
| 08/03/2015 | 25 | NOTICE of Attorney Appearance by Mark Richard Backofen on behalf of All Defendants (Backofen, Mark) (Entered: 08/03/2015) |
| 08/03/2015 | 26 | NOTICE of Designation of Mediator, Daryl Bristow, filed by Nidec Motor Corporation. (Terrell, David) (Entered: 08/03/2015) |
| 08/05/2015 | 27 | ORDER REFERRING CASE to Mediator Daryl Bristow, The Bristow Law Firm, 1610 Morse, Houston, Texas 77019, telephone number 713–223–1021, fax number 713–807– 0771, and email daryl@bristowlaw.com, is hereby appointed as mediator. Signed by Magistrate Judge Roy S. Payne on 8/5/2015. (ch, ) (Entered: 08/05/2015) |
| 08/05/2015 | 28 | ORDER REFERRING CASE to Mediator Daryl Bristow, The Bristow Law Firm, 1610 Morse, Houston, Texas 77019, telephone number 713–223–1021, fax number 713–807– 0771, and email daryl@bristowlaw.com, is hereby appointed as mediator Signed by Magistrate Judge Roy S. Payne on 8/5/2015. (ch, ) (Entered: 08/05/2015) |
| 08/12/2015 | 29 | Joint MOTION Entry of Discovery Order by Nidec Motor Corporation. (Attachments: # 1 Text of Proposed Order Discovery Order)(Terrell, David) (Entered: 08/12/2015) |
| 08/12/2015 | 30 | Joint MOTION Entry of E–Discovery Order by Nidec Motor Corporation. (Attachments: # 1 Text of Proposed Order E–Discovery Order)(Terrell, David) (Entered: 08/12/2015) |
| 08/12/2015 | 31 | Joint MOTION Entry of Docket Control Order by Nidec Motor Corporation. (Attachments: # 1 Text of Proposed Order Docket Control Order)(Terrell, David) (Entered: 08/12/2015) |
| 08/13/2015 | 32 | DISCOVERY ORDER. Signed by Magistrate Judge Roy S. Payne on 8/13/2015. (ch, ) (Entered: 08/13/2015) |
| 08/13/2015 | 33 | ORDER REGARDING E–DISCOVERY IN PATENT CASES. Signed by Magistrate Judge Roy S. Payne on 8/13/2015. (ch, ) (Entered: 08/13/2015) |
| 08/13/2015 | 34 | DOCKET CONTROL ORDER – Pretrial Conference set for 8/12/2016 09:00 AM before Magistrate Judge Roy S. Payne., Amended Pleadings due by 12/25/2015., Jury Selection set for 9/6/2016 09:00AM before Judge Rodney Gilstrap., Mediation Completion due by 4/8/2016., Markman Hearing set for 3/11/2016 09:00 AM before Magistrate Judge Roy S. Payne., Motions due by 7/19/2016., Proposed Pretrial Order due by 8/2/2016. Signed by Magistrate Judge Roy S. Payne on 8/13/15. (ch, ) (Entered: 08/13/2015) |

| | | |
|---|---|---|
| 08/20/2015 | 35 | NOTICE of Discovery Disclosure by Broad Ocean Motor LLC, Broad Ocean Technologies LLC, Zhongshan Broad Ocean Motor Co. LTD *Notice of Initial and Additional Disclosures* (Lim, Lithaw) (Entered: 08/20/2015) |
| 08/20/2015 | 36 | NOTICE by Nidec Motor Corporation *of Initial Disclosures* (McAughan, Robert) (Entered: 08/20/2015) |
| 08/20/2015 | 37 | Joint MOTION for Protective Order by Nidec Motor Corporation. (Attachments: # 1 Text of Proposed Order)(McAughan, Robert) (Additional attachment(s) added on 8/21/2015: # 2 Revised Proposed Order) (nkl, ). (Entered: 08/20/2015) |
| 08/21/2015 | 38 | PROTECTIVE ORDER. Signed by Magistrate Judge Roy S. Payne on 08/21/2015. (nkl, ) (Entered: 08/21/2015) |
| 09/10/2015 | 39 | NOTICE of Discovery Disclosure by Broad Ocean Motor LLC, Broad Ocean Technologies LLC, Zhongshan Broad Ocean Motor Co. LTD *Notice of P.R. 3–3 and 3–4 Invalidity Contentions* (Lim, Lithaw) (Entered: 09/10/2015) |
| 11/06/2015 | 40 | NOTICE of Discovery Disclosure by Broad Ocean Motor LLC, Broad Ocean Technologies LLC, Zhongshan Broad Ocean Motor Co. LTD *Notice of P.R. 4–1 Identification of Proposed Claim Terms, Phrases, and Clauses for Construction* (Lim, Lithaw) (Entered: 11/06/2015) |
| 11/30/2015 | 41 | NOTICE of Attorney Appearance – Pro Hac Vice by Reid E Dodge on behalf of Motors and Armatures, Inc.. Filing fee $ 100, receipt number 0540–5503538. (Dodge, Reid) (Entered: 11/30/2015) |
| 12/18/2015 | 42 | Joint Claim Construction and Prehearing Statement by Nidec Motor Corporation. (Terrell, David) (Entered: 12/18/2015) |
| 01/08/2016 | 43 | MOTION to Stay *Proceedings Pending Completion of Inter Partes Reviews* by Motors and Armatures, Inc.. (Attachments: # 1 Exhibit A– IPR2015–465 Institution Decision, # 2 Exhibit B– IPR Motion to Amend, # 3 Exhibit C– IPR2015–1617 Institution Decision, # 4 Exhibit D– IPR2015–1663 Petition, # 5 Exhibit E– Missouri Complaint, # 6 Exhibit F– Missouri Stay Order, # 7 Exhibit G– Missouri Motion to Stay, # 8 Exhibit H– IPR Expert Declaration, # 9 Exhibit I– Cellular Communications Opinion, # 10 Exhibit J– MemSmart Order, # 11 Exhibit K– ExitExchange Opinion, # 12 Exhibit L– EMG Tech Opinion, # 13 Exhibit M– QPSC Order, # 14 Text of Proposed Order, # 15 Text of Proposed Order (alternative))(Schwartz, Daniel) (Entered: 01/08/2016) |
| 01/11/2016 | 44 | NOTICE of Change of Address by Mark Richard Backofen (Backofen, Mark) (Entered: 01/11/2016) |
| 01/22/2016 | 45 | RESPONSE in Opposition re 43 MOTION to Stay *Proceedings Pending Completion of Inter Partes Reviews filed by Nidec Motor Corporation*. (Terrell, David) (Entered: 01/22/2016) |
| 01/29/2016 | 46 | NOTICE by Broad Ocean Motor LLC, Broad Ocean Technologies LLC, Zhongshan Broad Ocean Motor Co. LTD *regarding Comliance with Submission of Technical Tutorial* (Baker, Charles) (Entered: 01/29/2016) |
| 01/29/2016 | 47 | CLAIM CONSTRUCTION BRIEF filed by Nidec Motor Corporation. (Attachments: # 1 Exhibit Joint Claim Construction Statement, # 2 Exhibit U.S. Patent No. 5,818,194, # 3 Exhibit File History of the 194 patent, # 4 Exhibit U.S. Patent No. 7,990,092, # 5 Exhibit File History of the 092 patent, # 6 Exhibit U.S. Patent No. 8,049,459, # 7 Exhibit File History of the 459 patent, # 8 Exhibit Prior Markman Order, # 9 Exhibit Merriam–Websters Collegiate Dictionary)(Terrell, David) (Entered: 01/29/2016) |
| 02/01/2016 | 48 | REPLY to Response to Motion re 43 MOTION to Stay *Proceedings Pending Completion of Inter Partes Reviews filed by Motors and Armatures, Inc.*. (Attachments: # 1 Affidavit Dodge Decl., # |

| | | |
|---|---|---|
| | | 2 Exhibit N – 1–29–16 Email, #3 Exhibit O – American Vehicular Order)(Schwartz, Daniel) (Entered: 02/01/2016) |
| 02/05/2016 | ï 49 | NOTICE by Motors and Armatures, Inc. *Requesting Hearing or Ruling Date on Defendant's Motion to Transfer* (Attachments: #1 Exhibit 1 – Letter Request)(Schwartz, Daniel) (Entered: 02/05/2016) |
| 02/09/2016 | ï 50 | Opposed MOTION for Judgment on the Pleadings by Broad Ocean Motor LLC, Broad Ocean Technologies LLC, Zhongshan Broad Ocean Motor Co. LTD. (Attachments: #1 Text of Proposed Order)(Baker, Charles) (Entered: 02/09/2016) |
| 02/11/2016 | ï 51 | ORDER Court hereby appoints Don Tiller as the Courts technical advisor in this case. Signed by Magistrate Judge Roy S. Payne on 2/10/2016. (ch, ) (Entered: 02/11/2016) |
| 02/11/2016 | ï 52 | Agreed MOTION to Amend/Correct *Docket Control Order* by Broad Ocean Motor LLC, Broad Ocean Technologies LLC, Zhongshan Broad Ocean Motor Co. LTD. (Attachments: #1 Text of Proposed Order)(Baker, Charles) (Entered: 02/11/2016) |
| 02/12/2016 | ï 53 | ORDER granting 52 Motion to Amend/Correct Docket Control Order. Signed by Magistrate Judge Roy S. Payne on 2/12/2016. (ch, ) (Entered: 02/12/2016) |
| 02/16/2016 | ï 54 | USCA–FEDERAL CIRCUIT NOTICE OF DOCKETING. A petition for writ of mandamus has been filed. USCA–Federal Circuit No. 16–115. (dlc, ) (Entered: 02/16/2016) |
| 02/16/2016 | ï 55 | RESPONSIVE CLAIM CONSTRUCTION BRIEF filed by Broad Ocean Motor LLC, Broad Ocean Technologies LLC, Motors and Armatures, Inc., Zhongshan Broad Ocean Motor Co. LTD. (Attachments: #1 Exhibit)(Baker, Charles) (Entered: 02/16/2016) |
| 02/18/2016 | ï 56 | USCA–FEDERAL CIRCUIT ORDER directing Nidec Motor Corporation to respond to the petition for a writ of mandamus no later than seven days from the date of this order. Any reply must be filed no later than four days from the date of the response. (dlc) (Entered: 02/18/2016) |
| 02/19/2016 | ï 57 | Opposed MOTION to Stay *Pending Resolution of Motion to Transfer* by Nidec Motor Corporation. (Attachments: #1 Exhibit 1 – Petition for Writ of Mandamus, #2 Text of Proposed Order)(Terrell, David) Modified on 2/22/2016 (ch, ). Modified on 2/22/2016 (ch, ). (Entered: 02/19/2016) |
| 02/19/2016 | ï 58 | Additional Attachments to Main Document: CERTIFICATE OF CONFERNCE TO 57 Opposed MOTION to Stay *Pending Resolution of Motion to Transfer*.. (Terrell, David) Modified on 2/22/2016 (ch, ). (Entered: 02/19/2016) |
| 02/19/2016 | ï 59 | REPLY to 55 Claim Construction Brief, 47 Claim Construction Brief, *filed by Nidec Motor Corporation*. (Attachments: #1 Exhibit 1 – IPR Petition, #2 Exhibit 2 – IPR Denial)(Terrell, David) (Entered: 02/19/2016) |
| 02/19/2016 | ï 60 | ***DEFICIENT DOCUMENT.*** <br><br>MOTION for Leave to File Excess Pages by Nidec Motor Corporation. (Attachments: #1 Text of Proposed Order)(Terrell, David) Modified on 2/22/2016 (ch, ). (Entered: 02/19/2016) |
| 02/19/2016 | ï 61 | NOTICE by Broad Ocean Motor LLC, Broad Ocean Technologies LLC, Zhongshan Broad Ocean Motor Co. LTD *of Compliance with Standing Order regarding Motions under Section 101* (Attachments: #1 Exhibit)(Baker, Charles) (Entered: 02/19/2016) |
| 02/22/2016 | ï | ***DISREGARD THE NOTICE OF DEFICIENCY*** <br><br>NOTICE of Deficiency regarding the 57 submitted NO CERTIFICATE OF CONFERENCE. Correction should be made by ONE BUSINESS DAY (ch, ) Modified on 2/22/2016 (ch, ). |

| | | |
|---|---|---|
| | | (Entered: 02/22/2016) |
| 02/22/2016 | Ï | NOTICE FROM CLERK – please disregard the Notice of Deficiency for # 57, Certificate of Conference was filed as an additional attachment at #58 (ch, ) (Entered: 02/22/2016) |
| 02/22/2016 | Ï | NOTICE of Deficiency regarding the 60 submitted NO CERTIFICATE OF CONFERENCE. Correction should be made by ONE BUSINESS DAY (ch, ) (Entered: 02/22/2016) |
| 02/22/2016 | Ï 62 | Unopposed MOTION for Leave to File Excess Pages by Nidec Motor Corporation. (Attachments: # 1 Text of Proposed Order)(Terrell, David) (Entered: 02/22/2016) |
| 02/22/2016 | Ï 63 | RESPONSE in Opposition re 57 Opposed MOTION to Stay *Pending Resolution of Motion to Transfer filed by Motors and Armatures, Inc.*. (Attachments: # 1 Text of Proposed Order)(Schwartz, Daniel) (Entered: 02/22/2016) |
| 02/24/2016 | Ï 64 | ORDER granting 62 Motion for Leave to File Excess Pages. Signed by Magistrate Judge Roy S. Payne on 2/23/2016. (ch, ) (Entered: 02/24/2016) |
| 02/26/2016 | Ï 65 | Joint Claim Construction Chart by Nidec Motor Corporation. (Terrell, David) (Entered: 02/26/2016) |
| 02/26/2016 | Ï 66 | RESPONSE in Opposition re 50 Opposed MOTION for Judgment on the Pleadings *filed by Nidec Motor Corporation*. (Attachments: # 1 Exhibit A – 092 Patent, # 2 Exhibit B – PTAB decision, # 3 Text of Proposed Order)(Terrell, David) (Entered: 02/26/2016) |
| 02/29/2016 | Ï 67 | MEMORANDUM ORDER. Signed by Magistrate Judge Roy S. Payne on 2/26/2016. (ch, ) (Entered: 02/29/2016) |
| 03/01/2016 | Ï 68 | USCA–FEDERAL CIRCUIT ORDER granting joint motion to stay proceedings as to petition for writ of mandamus. The petition is held in abeyance. (dlc, ) (Entered: 03/01/2016) |
| 03/02/2016 | Ï 69 | Emergency MOTION to Stay *Deadlines Pending Transfer (Joint)* by Motors and Armatures, Inc.. (Attachments: # 1 Text of Proposed Order)(Schwartz, Daniel) (Entered: 03/02/2016) |
| 03/03/2016 | Ï 70 | ORDER granting 69 Motion to Stay ORDERED that the above–captioned case is stayed pending transfer to the Eastern District of Missouri, as ordered in the Courts Memorandum Order, on February 29, 2016 (Dkt. 67), and that all pending deadlines, including those in the Docket Control Order (Dkt. 53) and Local Rules, are hereby stayed. Signed by Magistrate Judge Roy S. Payne on 3/3/2016. (ch, ) (Entered: 03/03/2016) |
| 03/23/2016 | Ï | Interdistrict transfer to the Eastern District of Missouri. (ch, ) (Entered: 03/23/2016) |